IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREA BELL AND HEALTHCARE PLUS, | § | |
| | § | |
| vs. | § | Civil Action No. 3:20-cv-370 |
| | § | |
| EVERETT FINANCIAL, INC. dba SUPREME | § | |
| LENDING, AMERIHOME MORTGAGE | § | |
| COMPANY, LLC AND CENLAR FSB | § | |

**AMERIHOME MORTGAGE COMPANY, LLC AND CENLAR FSB'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to FED. R. CIV. P. 7.1 and LOCAL RULES 3.1 and 81.1, Defendants AmeriHome Mortgage Company, LLC ("AmeriHome") and Cenlar FSB ("Cenlar") (collectively, the "Defendants") file their corporate disclosure statement and certificate of interested persons, and would respectfully show as follows:

**I.**
**CORPORATE DISCLOSURE STATEMENT**

Defendant AmeriHome states that it is a Delaware limited liability company that is owned 100% by Aris Mortgage Holding Company, LLC – which is itself a Delaware limited liability company. No publicly traded company owns 10% or more of AmeriHome's stock.

Defendant Cenlar states that it is a federally chartered savings bank that is 100% owned by Cenlar Capital Corporation. Neither entity is publicly traded and no public corporation owns 10% or more of Cenlar Capital Corporation's stock.

**II.**
**CERTIFICATE OF INTERESTED PERSONS**

The followings persons and entities may be financially interested in the outcome of this litigation:

1. Plaintiff, Andrea Bell.

2. Plaintiff, John James d/b/a Healthcare Plus.

3. Plaintiffs' counsel, Rhonda S. Ross, Law Office of Rhonda S. Ross.

4. Defendant, AmeriHome Mortgage Company, LLC.

5. Defendant, Cenlar FSB.

Respectfully submitted,

By:   */s/ Joshua A. Huber*
     Joshua A. Huber
     Attorney-in-Charge
     State Bar No. 24065457
     SD Tex. Bar No. 1001404
     Zachary Wyatte
     Texas Bar No. 20110556
     SD Tex. Bar No. 3350752
     BLANK ROME LLP
     717 Texas Avenue, Suite 1400
     Houston, Texas 77002
     (713) 228-6601
     (713) 228-6605 (fax)
     jhuber@blankrome.com
     zwyatte@blankrome.com

ATTORNEY FOR DEFENDANTS AMERIHOME MORTGAGE COMPANY, LLC AND CENLAR FSB

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, a true and correct copy of the foregoing and/or attached instrument was served electronically on all counsel of record who are registered users of the Northern District of Texas CM/ECF filing system, and by e-mail, as indicated below:

**Via E-mail:**
Rhonda S. Ross
Law Office of Rhonda S. Ross
121 East 12th Street, Suite 6
Houston, Texas 77008
rhonda@rhondarossattorney.com

     */s/ Joshua A. Huber*
     Joshua A. Huber